# EXHIBIT A



**Trade and Service Marks - Registration**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - sos.oregon.gov/business - Phone: (503) 986-2200

**FILED**

**AUG 05 2025**

OREGON
SECRETARY OF STATE

**REGISTRY NUMBER:** 53714 ~~1534590-95~~
For office use only

For office use only

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is public record. We must release this information to all parties upon request.

Please Type or Print Legibly in Black ink. Attach additional Sheets if Necessary.

1) **CORRESPONDENT NAME:** Pacific Crest Dental Group
   **MAILING ADDRESS:** 810 Liberty St. NE, Salem, OR 97301

2) **APPLICANT'S NAME:** (Owner: ☐ Individual or ☑ Entity)
   Pacific Crest Dental Group
   **ADDRESS:** 810 Liberty St. NE, Salem, OR 97301

3) **IF THE APPLICANT IS AN ENTITY, ENTER THE STATE OF FORMATION:**
   Oregon

4) **IF ENTITY IS A PARTNERSHIP, LIST NAMES OF GENERAL PARTNERS:**

5) **DESCRIPTION OF TRADE OR SERVICE MARK:** (Include all words, designs and borders that comprise the mark) (Attach additional page if needed.)
   Pacific Crest Dental Group, with outline of a mountain and a green fir tree

6) **SPECIMEN OF MARK IS REQUIRED:** ☑ Attach a drawing or photocopy of the mark as it is actually used to this application.

7) **GOODS OR SERVICES WITH WHICH THE MARK IS USED:** (Examples of goods are pizzas, shirts; examples of services are serving food and selling clothing.)
   Dental services

8) **EXPLAIN MODE OR MANNER IN WHICH THE MARK IS USED:** (Example: on goods, tags, labels, containers, etc.)
   correspondence, website and other electronic and print media

9) **CLASS NUMBER(S) OF GOODS OR SERVICES:** (See form 290-a)
   142

10) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED ANYWHERE BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**
    March 11, 2019

11) **DATE (MONTH, DAY, YEAR) MARK WAS FIRST USED IN OREGON BY APPLICANT OR APPLICANT'S PREDECESSOR IN INTEREST:**
    March 11, 2019

12) **EXECUTION:**
    I, the applicant, own the mark, the mark is in use, and no other person has registered the mark with the federal government or in Oregon or has the right to use the mark or a mark that so resembles the mark as to be likely to cause confusion or mistake or deceive when applied to the goods or services of the other person. I declare under penalties of perjury that this application is true, correct and complete.

    (If applicant is an entity, a member of a firm, officer of the corporation, officer of the limited liability company, or officer of an association must sign.)

    Signature: *[signature]*      Title: Owner      Date: July 23, 2025

**CONTACT NAME:** (To resolve questions with this filing.)
Joel McAllister

**PHONE NUMBER:** (Include area code.)
503-791-4562


53714

290 - Trade and Service Marks - Registration (09/15)

Complaint Ex. A, Page 1




Complaint Ex. A, Page 2