AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JHB & TLB, LLC<br><br>*Plaintiff(s)*<br>v.<br>CTR DENTAL NORTHWEST LLC, and CTR SERVICES NORTHWEST LLC<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-1633-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CTR SERVICES NORTHWEST LLC
5441 S Macadam Avenue #4350
Portland, Oregon 97239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn J. Kolitch
Kolitch Romano Dascenzo Gates LLC
621 SW Morrison Street #1100
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 09/11/2025

By: s/A. Morrissey, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JHB & TLB, LLC <br><br> *Plaintiff(s)* <br> v. <br> CTR DENTAL NORTHWEST LLC, and CTR SERVICES NORTHWEST LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-1633-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CTR DENTAL NORTHWEST LLC
5441 S Macadam Avenue Suite R
Portland, Oregon 97239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn J. Kolitch
Kolitch Romano Dascenzo Gates LLC
621 SW Morrison Street #1100
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 09/11/2025

By: s/A. Morrissey, Deputy Clerk